**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00541-CV

## IN RE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02312-M**

## ORDER

The Court has before it relator's motion for stay pending mandamus. We **DENY** the motion.

/s/ JIM MOSELEY
   JUSTICE